UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-110 JD |
| | ) | |
| HAYLE N. DOTY (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 13, 2012 [DE 59]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Hayle N. Doty's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

SO ORDERED.

ENTERED: January 2, 2013

          /s/ JON E. DEGUILIO
          Judge
          United States District Court